UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00199-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHARLES WARD,

       Defendant.

---

**ORDER AND NOTICE OF HEARING**

---

       **IT IS HEREBY ORDERED** that a hearing will be held on **June 19, 2008,** at **9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado regarding the supervised release violations as alleged in the Petition for Issuance of Arrest Warrant Due to Violations of Supervised Release (#7).

       DATED this 16th day of May, 2008.

       BY THE COURT:

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge